UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff

    v.
                                    Case No. 04-cr-211-02-SM

Jose Peralta,
    Defendant

O R D E R

Defendant Peralta's motion to continue the final pretrial conference and trial for sixty (60) days is granted (document no. 67). Trial has been rescheduled for the month of August, 2012. Defendant Peralta shall file a waiver of speedy trial rights not later than June 18, 2012.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(7)(A) and (B), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for August 14, 2012 at 10:30 a.m.

Jury selection will take place on August 21, 2012 at 9:30 a.m.

SO ORDERED.

_Steven J. McAuliffe_
Steven J. McAuliffe
U.S. District Judge

June 8, 2012

cc: Patrick Richard, Esq.
 Robert Kinsella, AUSA
 U.S. Marshal
 U.S. Probation